**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | ) |
|  | ) |
|     Plaintiff/Respondent, | ) No. CR-03-0361-PCT-PGR |
|  | ) No. CV-06-0163-PCT-PGR (VAM) |
|     vs. | ) |
|  | ) ORDER |
| Jayson Dewayne Nez, II, | ) |
|  | ) |
|     Defendant/Petitioner. | ) |

On October 30, 2006, defendant Nez filed a Notice of Appeal from Magistrate Judge to District Judge (doc. #122), wherein he states that he "wishes to appeal the Magistrate's denial of his previously filed 28 U.S.C. § 2255 Motion." The Court finds that the "appeal" should be stricken because there is currently no ruling from the Magistrate Judge from which the defendant may appeal to this Court (or to any other court).

The document underlying the defendant's "appeal" is Magistrate Judge Mathis' Report and Recommendation (doc. #121) wherein she <u>recommends</u> that this Court deny the defendant's § 2255 motion - there has been no ruling yet on the merits of the defendant's § 2255 motion. As plainly stated in the Report and

Recommendation, the procedure to be filed by the defendant if he disagrees with the Magistrate Judge's recommendation is for him to timely file specific written objections to it. If any such objections are filed, the Court will review those objections as part of its de novo review to determine if Magistrate Judge Mathis' recommendation should be accepted, modified, or rejected. *See* 28 U.S.C. § 636(b)(1)(C). Therefore,

IT IS ORDERED that defendant Nez's Notice of Appeal from Magistrate Judge to District Judge (doc. #122) is stricken from the record.

IT IS FURTHER ORDERED that defendant Nez shall file his objections to the Magistrate Judge's Report and Recommendations (doc. #121) no later than **November 27, 2006**.

DATED this 1st day of November, 2006.

Paul G. Rosenblatt
United States District Judge